1/26/15 8:16AM

B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Virginia

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Shenandoah Family Farms Cooperative, Inc., a Virginia Agricultural Cooperative Corporation** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| **46-3265712** | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| **11 Wise Hill Lane** <br> **Mount Crawford, VA** | |
| ZIP Code **22841** | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **Augusta** | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

| Location of Principal Assets of Business Debtor (if different from street address above): | **1100 Frederick Street** <br> **Hagerstown, MD 21740** |
|---|---|

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(04/13)** **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Shenandoah Family Farms Cooperative, Inc., a Virginia Agricultural Cooperative Corporation** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). **X**_____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

1/26/15 8:16AM

**B1 (Official Form 1)(04/13)** **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shenandoah Family Farms Cooperative, Inc., a Virginia Agricultural Cooperative Corporation** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Hannah W. Hutman**
Signature of Attorney for Debtor(s)

**Hannah W. Hutman 79635**
Printed Name of Attorney for Debtor(s)

**Hoover Penrod, PLC**
Firm Name

**342 South Main Street**
**Harrisonburg, VA 22801**

Address

**Email: hhutman@hooverpenrod.com**
**5404332444  Fax: 5404333916**
Telephone Number

**January 26, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Edward Showalter**
Signature of Authorized Individual

**Edward Showalter**
Printed Name of Authorized Individual

**Chairman of the Board of Directors**
Title of Authorized Individual

**January 26, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Western District of Virginia

In re: **Shenandoah Family Farms Cooperative, Inc., a Virginia Agricultural Cooperative Corporation**

Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Brickhouse Studios, Inc<br>15 Gray Way<br>Essex Junction, VT 05452 | Brickhouse Studios, Inc<br>15 Gray Way<br>Essex Junction, VT 05452 | | | 50,175.33 |
| C&T Durham Shipping<br>3720 Williams Dairy Rd<br>Greensboro, NC 27406 | C&T Durham Shipping<br>3720 Williams Dairy Rd<br>Greensboro, NC 27406 | Shipping | | 104,327.87 |
| Cargas Systems, Inc.<br>1310 Marshall Ave<br>Lancaster, PA 17601 | Cargas Systems, Inc.<br>1310 Marshall Ave<br>Lancaster, PA 17601 | Prof Svcs | | 36,262.50 |
| Charles Edward Feaster<br>6229 Saddleridge Ln<br>Roanoke, VA 24018 | Charles Edward Feaster<br>6229 Saddleridge Ln<br>Roanoke, VA 24018 | Prof Svcs | | 30,480.00 |
| City of Hagerstown, Elec Bill<br>P.O. Box 1498<br>One East Franklin St<br>Hagerstown, MD 21741-1498 | City of Hagerstown, Elec Bill<br>P.O. Box 1498<br>One East Franklin St<br>Hagerstown, MD 21741-1498 | Utilities | | 63,456.19 |
| City of Hagerstown, Water Dept<br>P.O. Box 1498<br>One East Franklin St<br>Hagerstown, MD 21741-1498 | City of Hagerstown, Water Dept<br>P.O. Box 1498<br>One East Franklin St<br>Hagerstown, MD 21741-1498 | Utilities | | 42,738.33 |
| Ellsworth Electric, Inc.<br>88 W. Lee St<br>Hagerstown, MD 21740 | Ellsworth Electric, Inc.<br>88 W. Lee St<br>Hagerstown, MD 21740 | Default | | 126,075.15 |
| Everett H. Showalter<br>1293 Dinkel Ave<br>Bridgewater, VA 22812 | Everett H. Showalter<br>1293 Dinkel Ave<br>Bridgewater, VA 22812 | Raw Mat | | 110,420.86 |
| J.J. Crewe & Son, Inc.<br>P.O. Box 515<br>Buckeystown, MD 21717 | J.J. Crewe & Son, Inc.<br>P.O. Box 515<br>Buckeystown, MD 21717 | Services | Disputed | 611,887.05 |
| Jordan D. Rohrer<br>748 S. River Rd<br>Grottoes, VA 24441 | Jordan D. Rohrer<br>748 S. River Rd<br>Grottoes, VA 24441 | Raw Mat | | 63,259.08 |

B4 (Official Form 4) (12/07) - Cont.

In re　**Shenandoah Family Farms Cooperative, Inc., a Virginia Agricultural Cooperative Corporation**　　　　Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Lanco-Pennland<br>1260 Maryland Ave, Suite 104<br>Hagerstown, MD 21740 | Lanco-Pennland<br>1260 Maryland Ave, Suite 104<br>Hagerstown, MD 21740 | | | 72,004.95 |
| Lenhart Pettit<br>PO Box 1287<br>90 North Main St<br>Harrisonburg, VA 22803 | Lenhart Pettit<br>PO Box 1287<br>90 North Main St<br>Harrisonburg, VA 22803 | Prof Svcs | | 52,865.74 |
| Manpower<br>106 Western Maryland Parkway<br>Hagerstown, MD 21740 | Manpower<br>106 Western Maryland Parkway<br>Hagerstown, MD 21740 | Labor | | 64,277.78 |
| Marbil Farms<br>1426 River Bluff Rd<br>Mount Crawford, VA 22841 | Marbil Farms<br>1426 River Bluff Rd<br>Mount Crawford, VA 22841 | Raw Material | | 623,935.01 |
| Market Administrator<br>P.O. Box 51478<br>Boston, MA 02205 | Market Administrator<br>P.O. Box 51478<br>Boston, MA 02205 | Gov't | | 67,345.67 |
| PBMares, LLP<br>P.O. Box 2358<br>Norfolk, VA 23501-2358 | PBMares, LLP<br>P.O. Box 2358<br>Norfolk, VA 23501-2358 | Prof Svcs | | 30,660.60 |
| Penske Truck Leasing Co., L.P.<br>P.O. Box 827380<br>Philadelphia, PA 19182-7380 | Penske Truck Leasing Co., L.P.<br>P.O. Box 827380<br>Philadelphia, PA 19182-7380 | vehicles | | 34,445.45 |
| Shipley Energy Co.<br>P.O. Box 15052<br>York, PA 17505-7052 | Shipley Energy Co.<br>P.O. Box 15052<br>York, PA 17505-7052 | Utilities | | 62,155.36 |
| Sunset View Dairy<br>110 S&W Drive<br>Dayton, VA 22821 | Sunset View Dairy<br>110 S&W Drive<br>Dayton, VA 22821 | Raw Material | | 43,502.60 |
| Zajac, LLC<br>92 Industrial Park Rd<br>Saco, ME 04072 | Zajac, LLC<br>92 Industrial Park Rd<br>Saco, ME 04072 | Default | | 512,609.75 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Shenandoah Family Farms Cooperative, Inc., a Virginia Agricultural Cooperative Corporation**   Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Chairman of the Board of Directors of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 26, 2015**            Signature   **/s/ Edward Showalter**
                                                   **Edward Showalter**
                                                   **Chairman of the Board of Directors**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Virginia

In re: **Shenandoah Family Farms Cooperative, Inc., a Virginia Agricultural Cooperative Corporation**

Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the Board of Directors of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 26, 2015**

**/s/ Edward Showalter**
**Edward Showalter**/**Chairman of the Board of Directors**
Signer/Title

Shenandoah Family Farms Cooperative, Inc., a Virginia A

A.N. SMITH COMPANY
3000 CHESTNUT AVE, SUITE 100A
BALTIMORE, MD 21211

AC&T
11535 HOPEWELL RD
P.O. BOX 421
HAGERSTOWN, MD 21741

ADVANCED TECHNOLOGY SPECIALISTS LLC
102 POPLAR STREET
MONT ALTO, PA 17237

AIRGAS
2200 JEFFERSON DAVIS HWY
ALEXANDRIA, VA 22301

AMERICAN DAIRY ASSOCIATION
P.O. BOX 102266
ATLANTA, GA 30368-0266

ANTIETAM CABLE TELEVISION, INC.
P.O. BOX 64887
BALTIMORE, MD 21264-4887

APPARATUS REPAIR & ENGINEERING, INC
90 WEST LEE ST
HAGERSTOWN, MD 21740

APPLIED INDUSTRIAL TECHNOLOGIES
931 A SWEENEY DR
HAGERSTOWN, MD 21740-7123

ARAMARK UNIFORM SERVICES
P.O. BOX 28050
NEW YORK, NY 10087-8050

BANK OF CHARLES TOWN
111 E. WASHINGTON ST
P.O. BOX 906
CHARLES TOWN, WV 25414

BARN DOOR MEDIA, LLC
40 DODGE RD
CHELSEA, VT 05038

Shenandoah Family Farms Cooperative, Inc., a Virginia A

BCT BUSINESS PLATINUM
P.O. BOX 105025
ATLANTA, GA 30348-5025

BEAVER MECHANICAL CONTRACTORS, INC.
61 WEST LEE ST
HAGERSTOWN, MD 21740-6092

BEHAVIORAL HEALTH SERVICES
11116 MEDICAL CAMPUS RD, SUITE 2
HAGERSTOWN, MD 21742

BERKSHIRE DAIRY & FOOD PRODUCTS
1258 PENN AVE
WYOMISSING, PA 19610

BRICKHOUSE STUDIOS, INC
15 GRAY WAY
ESSEX JUNCTION, VT 05452

BUSINESS & LEGAL RESOURCES
100 WINNERS CIRCLE, SUITE 300
P.O. BOX 5094
BRENTWOOD, TN 37024-5094

BUSINESS TELEPHONE SERVICE
1500 PHILADELPHIA AVE
CHAMBERSBURG, PA 17201

C&T DURHAM SHIPPING
3720 WILLIAMS DAIRY RD
GREENSBORO, NC 27406

CAPITOL CARBONIC CORPORATION
P.O. BOX 64138
5626 SOUTHWESTERN BLVD
BALTIMORE, MD 21227

CARGAS SYSTEMS, INC.
1310 MARSHALL AVE
LANCASTER, PA 17601

CHAMBERSBURG WASTE PAPER CO, INC
P.O. BOX 975
CHAMBERSBURG, PA 17201-0975

Shenandoah Family Farms Cooperative, Inc., a Virginia A

CHARLES EDWARD FEASTER
6229 SADDLERIDGE LN
ROANOKE, VA 24018

CHEMSERVE, INC.
P.O. BOX 189
BIRDSBORO, PA 19508

CHEMSTRETCH, INC.
340 BYNUM RD.
FOREST HILL, MD 21050

CITY OF HAGERSTOWN, ELEC BILL
P.O. BOX 1498
ONE EAST FRANKLIN ST
HAGERSTOWN, MD 21741-1498

CITY OF HAGERSTOWN, TREASURERS OFFI
ONE EAST FRANKLIN ST
HAGERSTOWN, MD 21740

CITY OF HAGERSTOWN, WATER DEPT
P.O. BOX 1498
ONE EAST FRANKLIN ST
HAGERSTOWN, MD 21741-1498

CLEANCORE SERVICES, INC.
12145 SKY HAWK DRIVE
WAYNESBORO, PA 17268

CLOVERLAND FARMS DAIRY
2701 LOCH RAVEN RD
BALTIMORE, MD 21218-4731

COLE-PARMER
13927 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0139

COLUMBIA GAS OF MARYLAND
P.O. BOX 910
SMITHFIELD, PA 15478

COMFORT SYSTEMS USA
2820 ACKLEY AVE
HENRICO, VA 23228

Shenandoah Family Farms Cooperative, Inc., a Virginia A

CORECON
1506 PINE GROVE RD
STANLEY, VA 22851

DAIRY MAID DAIRY, LLC
259 E. 7TH ST
FREDERICK, MD 21701

DARIFILL
750 CREST DR
WESTERVILLE, OH 43081

DE LAGE LANDEN FINANCIAL SERVICES
P.O. BOX 41602
PHILADELPHIA, PA 19101-1602

DEMPSEY (US) CORPORATION
47 DAVIES AVE
TORONTO, CA

DIRECT CAPITAL CORPORATION
ATTN: DOCUMENTATION
155 COMMERCE WAY
PORTSMOUTH, NH 03801

DOMINO FOODS, INC.
P.O. BOX 751945
CHARLOTTE, NC 28275-1945

DR. ALEX WHITE
P.O. BOX 10122
205A HUTCHESON HALL
BLACKSBURG, VA 24062

DWIGHT HOUFF
3006 LEE HIGHWAY
MOUNT SIDNEY, VA 24467

ELLSWORTH ELECTRIC, INC.
88 W. LEE ST
HAGERSTOWN, MD 21740

ELM SHOES, INC.
3 CENTER SQUARE
GREENCASTLE, PA 17225

Shenandoah Family Farms Cooperative, Inc., a Virginia A

ERIE INSURANCE COMPANY
100 ERIE INSURANCE PLACE
ERIE, PA 16530


ETIMAG USA
7958 CAMERON BROWN CT
SPRINGFIELD, VA 22153


EVERETT H. SHOWALTER
1293 DINKEL AVE
BRIDGEWATER, VA 22812


FASTENAL COMPANY
1120 BUSINESS CENTER DR
HAGERSTOWN, MD 21741


FEDERAL MANUFACTURING, IMC.
P.O. BOX 932261
CLEVELAND, OH 44193


FERGUSON ENTERPRISES INC
955 A SWEENEY DR
HAGERSTOWN, MD 21740


FORTNEY PACKAGES, INC.
225 S. FAYETTE ST.
P.O. BOX 70
SHIPPENSBURG, PA 17257


FREDERICKTOWNE LABS, INC.
3020 VENTRIE COURT
P.O. BOX 245
MYERSVILLE, MD 21773


G&C FOOD DISTRIBUTORS
3407 WALTERS RD
SYRACUSE, NY 13209


GENERAL FILMS, INC.
645 SOUTH HIGH ST
COVINGTON, OH 45318


GERALD TAYLOR COMPANY INC.
12 WEST POTOMAC PARKWAY
WILLIAMSPORT, MD 21795

Shenandoah Family Farms Cooperative, Inc., a Virginia A

HARTMAN HEATING & AIR CONDITIONING
1423 LINDSAY LANE
HAGERSTOWN, MD 21742

HBP, INC.
952 FREDERICK ST
HAGERSTOWN, MD 21740

HEALTH @ WORK
10715 DOWNSVILLE PIKE, STE. 10
HAGERSTOWN, MD 21740-7240

HEIDER ROOFING
960 KUHN AVE
HAGERSTOWN, MD 21740

HOLTZMAN OIL CORPORATION, INC.
5534 MAIN STREET
MOUNT JACKSON, VA 22842

HONDA FINANCIAL SERVICES
P.O. BOX 105027
ATLANTA, GA 30348

HUB CITY SPRINKLERS, INC.
931 SWEENEY DR
HAGERSTOWN, MD 21740

HUB LABELS
18223 SHAWLEY DR
HAGERSTOWN, MD 21740

HUHTAMAKI, INC.
9201 PACKAGING DR
DE SOTO, KS 66018

IDM TRUCKING, INC.
73 RAILSIDE DR.
WEYERS CAVE, VA 24486

IMPACT OFFICE
P.O. BOX 403846
ATLANTA, GA 30384-3846

Shenandoah Family Farms Cooperative, Inc., a Virginia A

IMPACTHR LLC
10015 OLD COLUMBIA RD, SUITE B-215
COLUMBIA, MD 21046


ISLER DARE, P.C. ATTORNEYS AT LAW
1945 OLD GALLOWS RD., SUITE 650
VIENNA, VA 22182-3931


J. HORROCKS DESIGN, LLC
1732 HOPEWELL RD
ELVERSON, PA 19520


J.C. EHRLICH CO., INC.
20 HUMP RD
HAGERSTOWN, MD 21740


J.J. CREWE & SON, INC.
P.O. BOX 515
BUCKEYSTOWN, MD 21717


JAMISON DOOR COMPANY
P.O. BOX 70
HAGERSTOWN, MD 21741-0070


JORDAN D. ROHRER
748 S. RIVER RD
GROTTOES, VA 24441


KAESTNER LLC
1221 WALLACE ST
YORK, PA 17403


LANCO-PENNLAND
1260 MARYLAND AVE, SUITE 104
HAGERSTOWN, MD 21740


LEFEVER ASSOCIATES
2787 SOUTHWICK DR
LANCASTER, PA 17601


LEGAL SHIELD
P.O. BOX 2629
ADA, OK 74821-2629

Shenandoah Family Farms Cooperative, Inc., a Virginia A

LENHART PETTIT
PO BOX 1287
90 NORTH MAIN ST
HARRISONBURG, VA 22803

LUMBER & THINGS, INC.
P.O. BOX 386
KEYSER, WV 26726

MANNING BROADCASTING INC.
880 COMMONWEALTH AVE
HAGERSTOWN, MD 21740

MANPOWER
106 WESTERN MARYLAND PARKWAY
HAGERSTOWN, MD 21740

MARBIL FARMS
1426 RIVER BLUFF RD
MOUNT CRAWFORD, VA 22841

MARKET ADMINISTRATOR
P.O. BOX 51478
BOSTON, MA 02205

MARTIN'S QUALITY EGGS
25 WISSLER RD
LITITZ, PA 17543

MCCALL HANDLING CO.
10314 PARTNERSHIP CT
WILLIAMSPORT, MD 21795

MELISA MICHELSEN, ESQ.
410 NEFF AVENUE
HARRISONBURG, VA 22801

MID ATLANTIC ELEVATOR INSPECTIONS
147 A STREET
CARLISLE, PA 17013

MONOFLO INTERNATIONAL, INC.
P.O. BOX 890066
CHARLOTTE, NC 28289-0066

Shenandoah Family Farms Cooperative, Inc., a Virginia A

MORGAN CORP

MOTION INDUSTRIES
2857 SHAWNEE DR
WINCHESTER, VA 22601

MSC INDUSTRIAL SUPPLY CO.
1550 CATON CENTER DRIVE, SUITE F
BALTIMORE, MD 21227

NALCO
P.O. BOX 70716
CHICAGO, IL 60673-0716

NAPA TRANSPORTATION INC.
P.O. BOX 959
MECHANICSBURG, PA 17055

NATIONAL DAIRY PROMOTIONS & RESEARC
10255 W. HIGGINS RD., SUITE 900
ROSEMONT, IL 60018-5616

NORTH INDUSTRIAL CHEMICALS, INC.
P.O. BOX 1985
YORK, PA 17405-1985

OAK PARK LABORATORY
101 E. SOUTHLINE RD
TUSCOLA, IL 61953

OFFICE ENVIRONMENTS LLC
930 ELDRIDGE DRIVE, SUITE B
HAGERSTOWN, MD 21740

OFFICE SUPPLIERS
1102 SHELLER AVE
CHAMBERSBURG, PA 17201

PARKER-HANNIFIN CORPORATION
801 DEMING WAY
MADISON, WI 53717

Shenandoah Family Farms Cooperative, Inc., a Virginia A

PBMARES, LLP
P.O. BOX 2358
NORFOLK, VA 23501-2358

PENNSYLVANIA, COMMONWEALTH OF
2310 NORTH CAMERON ST
HARRISBURG, PA 17110

PENSKE TRUCK LEASING CO., L.P.
P.O. BOX 827380
PHILADELPHIA, PA 19182-7380

PSI GROUP
16461 ELLIOTT PARKWAY
WILLIAMSPORT, MD 21795

R&L CONSTRUCTION INC
11042 GRAPEVINE LN
DAYTON, VA 22821

RANDOLPH ASSOCIATES, INC.
3820 3RD AVE S, SUITE 100
BIRMINGHAM, AL 35222

RELIANCE STANDARD LIFE INSURANCE CO
P.O. BOX 3124
SOUTHEASTERN, PA 19398-3124

REXEL INC.
1100 C. BUSINESS CENTER DR
HAGERSTOWN, MD 21740

ROBERTS ELECTRIC MOTORS, INC.
5841 URBANA PIKE
FREDERICK, MD 21704

ROBERTS OXYGEN COMPANY
916 SOUTH POTOMAC ST
HAGERSTOWN, MD 21740

ROBERTS WELDING & MECHANICAL, LLC
1160 KITCHEN ORCHARD RD
FALLING WATERS, WV 25419

Shenandoah Family Farms Cooperative, Inc., a Virginia A

ROMER LABS INC.
P.O. BOX 66971
SAINT LOUIS, MO 63166-6971

SAMCO FREEZERWEAR
3499 LEXINGTON AVE. N, SUITE 205
SAINT PAUL, MN 55126

SEPARATORS INCORPORATED
5707 W. MINNESOTA ST.
INDIANAPOLIS, IN 46241

SHIPLEY ENERGY CO.
P.O. BOX 15052
YORK, PA 17505-7052

STATE OF MARYLAND - DEPT OF ASSESSM
P.O. BOX 17052
BALTIMORE, MD 21297-1052

SUMMIT STRUCTURES, LLC
6107 CREEKSIDE DR
MOUNT CRAWFORD, VA 22841

SUNSET VIEW DAIRY
110 S&W DRIVE
DAYTON, VA 22821

SYNERGY FLAVORS LLC
1500 SYNERGY DR
WAUCONDA, IL 60084

TETRA PAK, INC.
101 CORPORATE WOODS PARKWAY
VERNON HILLS, IL 60061

THE FIRST BANK & TRUST COMPANY
P.O. BOX 1000
ABINGDON, VA 24212

TRIPLE S PALLETS LLC
2172 FADLEY RD
BRIDGEWATER, VA 22812

Shenandoah Family Farms Cooperative, Inc., a Virginia A

TSB INVESTORS, LLC
P.O. BOX 942
DAYTON, VA 22821

TURKEY HILL
2601 RIVER RD
CONESTOGA, PA 17516

TYCO INTEGRATED SECURITY LLC
P.O. BOX 371967
PITTSBURGH, PA 15250-7967

ULINE SHIPPING SUPPLY SPECIALISTS
P.O. BOX 88741
CHICAGO, IL 60680-1741

UNITED HEALTHCARE

UPS
9401 GAITHER ROAD
GAITHERSBURG, MD 20877

USA BLUEBOOK
P.O. BOX 9004
GURNEE, IL 60031-9004

VDACS
P.O. BOX 430
RICHMOND, VA 23218-0430

VERIZON LAND LINE
P.O. BOX 660720
DALLAS, TX 75266-0720

VERIZON WIRELESS
P.O. BOX 25505
LEHIGH VALLEY, PA 18002-5505

VIDEOJET
1500 MITTEL BOULEVARD
WOOD DALE, IL 60191

Shenandoah Family Farms Cooperative, Inc., a Virginia A

VIRGINIA DEPARTMENT OF TAXATION
TAXING AUTHORITY CONSULTING SVCS PC
PO BOX 2156
RICHMOND, VA 23218

VIRGINIA, COMMONWEALTH OF
102 GOVERNOR STREET, ROOM 205
RICHMOND, VA 23219

WASHINGTON COUNTY TREASURER
35 WEST WASHINGTON ST., SUITE 10
HAGERSTOWN, MD 21740-4868

WEBER SCIENTIFIC
2732 KUSER ROAD
HAMILTON, NJ 08691

WHOLESOME FOODS
986 SOUTH OX ROAD
EDINBURG, VA 22824

Y.B. WELDING, INC.
1005 SOUTH MAIN STREET
CHAMBERSBURG, PA 17201

ZAJAC, LLC
92 INDUSTRIAL PARK RD
SACO, ME 04072